## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff<br><br>v.<br><br>**RICARDO MORALES-COLÓN [1]**<br><br>Defendant | **CRIMINAL NO.: 25-CR-00503-ADC-1** |

### DEFENDANT RICARDO MORALES-COLÓN'S MOTION SUBMITTING CORRECTED CERTIFICATE OF SERVICE INCLUDING PROOF OF DELIVERY

**TO THE HONORABLE COURT:**

**COMES NOW** the Defendant, Ricardo Morales-Colón (hereinafter "Defendant Morales-Colón"), by and through undersigned counsel, and ver respectfully **STATES, ALLEGES** and **PRAYS** as follows:

1. On December 11, 2025, Defendant Morales-Colón filed a Motion to Travel [Docket No. 10].

2. On December 12, 2025, the Deputy Clerk entered a Notice of Docket Text Modification, advising that pursuant to Standing Order No. 11, the filer must serve sealed or restricted documents on all other parties and submit a corrected Certificate of Service including proof of delivery.

3. Counsel hereby confirms that the sealed or restricted Motion to Travel has now been properly served on all required parties in compliance with Standing Order No. 11.

4. A Corrected Certificate of Service, including proof of delivery are attached as Exhibits 1 and 2.

**WHEREFORE**, Defendant Morales-Colón respectfully submits this Motion in Compliance and requests that the Court deem the filing at Docket No. 10 compliant with the Clerk's notice and Standing Order No. 11.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 12th day of December 2025.

**I HEREBY CERTIFY**: That on this same date the foregoing motion has been electronically filed with the Clerk of Court for the District of Puerto Rico, through the CM/ECF electronic filing system, which will provide notification of this filing to the United States Attorney's Office for the District of Puerto Rico.

*s/Luis Rafael Rivera Rodríguex*
***LUIS RAFAEL RIVERA***
***USDC-PR 129411***
***LUIS RAFAEL RIVERA LAW OFFICES***
CAPITAL CENTER BLDG. SUITE 401
239 ARTERIAL HOSTOS AVENUE
SAN JUAN, PUERTO RICO 00918
TELEPHONE: (787) 763-1780
FAX: (787) 763-2145
E-MAIL: luiswichyrivera@hotmail.com